UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
In Re:                                    Case No. 8-18-78114-las
                                          Chapter 13

                                          **NOTICE OF APPEARANCE AND**
    PAULA MARIE NOTO,                     **DEMAND FOR SERVICE OF**
                                          **PAPERS**

                Debtor.
----------------------------------------X

PLEASE TAKE NOTICE, that pursuant to Section 1302(b) of Title 11 of the United States Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, Fairharbor Owners, Inc., hereby appears in the above-captioned case by its counsel, Cohen, Warren, Meyer & Gitter, P.C.

Request is hereby made pursuant to Bankruptcy Rule 2002 for service of all papers, including, but not limited to, orders, reports, pleadings, motions, applications or petitions, and answering and reply papers, filed in the above-captioned case by mailing one copy of any such paper to:

> Caryn L. Meyer, Esq.
> Cohen, Warren, Meyer & Gitter, P.C.
> 80 Maple Avenue
> Smithtown, NY  11787

Dated:   Smithtown, New York
         December 11, 2018

                    COHEN, WARREN, MEYER & GITTER, P.C.

                    _____
                    Caryn L. Meyer, Esq. (CLM-5133)
                    Attorney for Creditor
                    Fairharbor Owners, Inc.
                    E-Mail Address: cmeyer@cwmglaw.com
                    80 Maple Avenue
                    Smithtown, NY  11787
                    (631) 265-0010

TO:  Marianne DeRosa,
     Standing Chapter 13 Trustee
     125 Jericho Turnpike, Suite 105
     Jericho, NY 11753
     (516) 622-1340

     Cooper J. Macco, Esq.
     Richard L. Stern, P.C.
     Attorneys for Debtor
     2950 Express Drive South
     Suite 109
     Islandia, NY 11749
     (631) 549-7900

F:\Users Shared Folders\Sharon\ANSWERS\bankruptcy-n-a\NOTO FAIRHARBOR 2018.wpd

STATE OF NEW YORK)   ss:
COUNTY OF SUFFOLK)

Sharon M. Geary, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and resides at North Babylon, New York.

That on December 12, 2018 deponent served the within Notice of Appearance and Demand For Service of Papers upon each person named below:

Marianne DeRosa,
Standing Chapter 13 Trustee
125 Jericho Turnpike, Suite 105
Jericho, NY 11753

Cooper J. Macco, Esq.
Richard L. Stern, P.C.
Attorneys for Debtor
2950 Express Drive South
Suite 109
Islandia, NY 11749

the addresses designated by said attorneys or parties for that purpose, by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in a official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Sharon M. Geary

Sworn to before me this
12th day of December, 2018.

_____
Notary Public

DANIELLE AGIESTA
Notary Public, State of New York
No. 01AG6366399
Qualified in Suffolk County
Commission Expires October 30, 2021