UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (CENTRAL ISLIP)
-------------------------------------------------------------------x

In Re:

Paula Marie Noto,
   Debtor.

Case No 8-18-78114-las
Chapter 13

-------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of Federal National Mortgage Assocation ("Fannie Mae"), (the "Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:


18-168537 - StS



**Stephani A. Schendlinger, Esq.**

RAS BORISKIN, LLC
900 MERCHANTS CONCOURSE, SUITE 310
WESTBURY, NY 11590

Dated: December 18, 2018
Westbury, NY

                    RAS BORISKIN, LLC
                    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
                    Attorney for Secured Creditor
                    900 Merchants Concourse, Suite 310
                    Westbury, NY 11590
                    -and-
                    6409 Congress Ave., Suite 100
                    Boca Raton, FL 33487
                    Phone: (516) 280-7675
                    Fax:   (516) 280-7674

                    By: /s/ Stephani A. Schendlinger
                    Stephani A. Schendlinger, Esquire

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (CENTRAL ISLIP)
-------------------------------------------------------------------x

In Re:

Paula Marie Noto,

    Debtor.
-------------------------------------------------------------------x

Case No 8-18-78114-las
Chapter 13

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on January 28, 2019, I caused the foregoing Notice of

Appearance and Request for Service to be electronically filed with the Clerk of Court by using

the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States

Mail to the following parties:

PAULA MARIE NOTO
193 FAIR HARBOR DRIVE
PATCHOGUE, NY 11772-2000

COOPER J MACCO
RICHARD L. STERN, PC
2950 EXPRESS DRIVE SOUTH
SUITE 109
ISLANDIA, NY 11749

MARIANNE DEROSA
STANDING CHAPTER 13 TRUSTEE
125 JERICHO TPKE
SUITE 105
JERICHO, NY 11753


Dated: December 18, 2018
Westbury, NY

 

18-168537 - StS

RAS BORISKIN, LLC
ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
900 Merchants Concourse, Suite 310
Westbury, NY 11590
-and-
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Phone: (516) 280-7675
Fax:    (516) 280-7674


By: /s/ Stephani A. Schendlinger
Stephani A. Schendlinger, Esquire